UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **JESUS DAVID PORTILLO**, | § |
| *Plaintiff*, | § § § |
| v. | § § EP-23-CV-00270-DCG |
| **EQUIFAX INFORMATION SERVICES, LLC**, | § § § |
| *Defendant*. | § § |

## ORDER DISMISSING CASE

Pursuant to the parties' "Joint Stipulation of Dismissal as to Equifax Information Services LLC" (ECF No. 87), the Court **DISMISSES** the above-captioned case **WITH PREJUDICE** and without costs to either party pursuant to Rule 41(a)(1)(A)(ii).

The Court **CLOSES** the case.

**So ORDERED and SIGNED this 26th day of February 2025.**

_____
DAVID C. GUADERRAMA
SENIOR U.S. DISTRICT JUDGE